UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:26-cv-02343-SSC                   Date: June 18, 2026

Title      Jan Nelson, et al. v. Integrity 1st Mortgage, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

|  Teagan Snyder  |  n/a  |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|:---:|:---:|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) **Order to Show Cause Why Complaint Should Not Be Dismissed for Failure to Serve**

On March 5, 2026, Plaintiffs Jan Simmons and Teri Nelson filed this civil action against Defendants Integrity 1st Mortgage, John Dennehy, Jr. and Tom Fabianski  (ECF 1.)  On March 13, 2026, Plaintiffs filed a Notice of Errata (ECF 7) correcting the Complaint (ECF 8.) A summons was issued on March 11, 2026.  (ECF 5.)

Pursuant to Rule 4 of the Federal Rules of Civil Procedure, a defendant must be served with the summons and complaint no later than 90 days after the complaint is filed.  Fed. R. Civ. P. 4(m).  Absent a showing of good cause, if a defendant is not timely served, "the court . . . must dismiss the action without prejudice against that defendant or order that service be made within a specified time." *Id.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:26-cv-02343-SSC                          Date: June 18, 2026

Title      Jan Nelson, et al. v. Integrity 1st Mortgage, et al.


As stated, the complaint was filed on March 5, 2026, and, pursuant to Rule 4(m), the service deadline was June 3, 2026.  The service deadline has passed, and the Court has not received proof of service on the Defendants or any other communication from Plaintiffs.

Accordingly, Plaintiffs are ORDERED TO SHOW CAUSE, in writing, no later than **June 25, 2026** why this action should not be dismissed for Plaintiffs' failure to serve the summons and complaint as required by Rule 4.  If Plaintiffs file a proof of service by **June 25, 2026,** this order to show cause will automatically be discharged and Plaintiffs need not respond to it separately.

**Plaintiffs are cautioned that failure to file a timely response to this order to show cause may result in dismissal of this action for failure to serve.**


**IT IS SO ORDERED.**


|                              |     :     |
| ---------------------------- | --------- |
| Initials of Preparer         |    **ts** |